UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,   :

                      Applicant,   :        17-MISC-0318 (AJN)

    - against -   :

                           :        ECF CASE

ANVIL PARTNERS, INC.,   :

                  Respondent.   :

-------------------------------------------------------------------x

## CONTEMPT ORDER

WHEREAS, the Securities and Exchange Commission ("Commission") has applied for an order, by order to show cause, holding Respondent Anvil Partners, Inc. ("Anvil") and Jeremy Beck ("Beck")—Anvil's majority owner, president, and chief investment officer—in civil contempt of the Order dated September 21, 2017 (the "Subpoena Enforcement Order");

WHEREAS, the Court's Subpoena Enforcement Order required Anvil to comply with the Commission's investigative subpoena by October 12, 2017;

WHEREAS, the Commission submitted a memorandum of law, a declaration by Sheldon Mui, and attached exhibits on November 27, 2017 (the "Supporting Papers"), in support of its civil contempt application against Anvil and Beck;

WHEREAS, after reviewing the Supporting Papers, the Court entered an Order to Show Cause, on November 29, 2017, requiring Anvil and Beck to show cause in writing by December 12, 2017, if any exists, why they should not be held in civil contempt and to appear before the Court on December 19, 2017, at 1:00 p.m.;

WHEREAS, on November 29, 2017, the Commission's process server personally served both Beck and Anvil, through Beck, with (1) the Court's November 29 Order to Show Cause, (2) the Supporting Papers, and (3) a copy of Local Civil Rule 83.6, as reflected in the Commission's proof of service (ECF Docket Entry No. 19);

WHEREAS, neither Anvil nor Beck has filed any opposing papers;

WHEREAS, Anvil and Beck failed to appear before this Court on December 19, 2017, at 1:00 p.m. in Room 906 of the Thurgood Marshall United States Courthouse;

WHEREAS, based upon the Commission's Supporting Documents, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief sought in its application, and therefore:

### I.

**IT IS HEREBY ORDERED** that Anvil and Beck are in civil contempt of the Court's Subpoena Enforcement Order.

### II.

**IT IS FURTHER ORDERED** that Anvil shall pay the Commission, by _January 10_, 20_18_, a total of $225.50, the Commission's costs of retaining a process server to serve Anvil with the Supporting Papers and the November 29 Order to Show Cause. The Commission shall provide Anvil, by overnight delivery service within two business days of this Order, with written instructions for remitting this payment.

### III.

**IT IS FURTHER ORDERED** that Beck shall pay the Commission, by _January 10_, 20_18_, a total of $157.85, the Commission's costs of retaining a process server to serve Beck with the Supporting Papers and the November 29 Order to Show Cause. The Commission shall provide Beck, by overnight delivery service within two business days of this Order, with written instructions for remitting this payment.

### IV.

**IT IS FURTHER ORDERED** that Anvil and Beck shall *each* pay a fine of $250 per day until Anvil fully complies with the Subpoena Enforcement Order or is otherwise discharged pursuant to law. To fully comply with the Subpoena Enforcement Order, (1) Anvil must produce all documents within its possession, custody, or control responsive to the subpoena attached hereto (the "Subpoena"), *or*, if Anvil does not have documents within its possession, custody, or control that are responsive to the Subpoena or to any one or more requests contained in the Subpoena,

2

Anvil must submit a sworn statement, from Beck or another of its officers with personal knowledge, to the Commission describing the efforts Anvil made to locate responsive documents and the results of those efforts; and (2) if Anvil claims any privilege or protection over any documents responsive to the Subpoena, Anvil must provide the Commission, for each document or similar group of documents, with the following information: (a) the type of document, *e.g.*, letter or memorandum; (b) the general subject matter of the document; (c) the date of the document; and (d) the author of the document, the addressees of the document, and any other recipients, and, where not apparent, the relationship of the author, addressees, and recipients to each other.

## V.

**IT IS FURTHER ORDERED** that, pursuant to Local Civil Rule 83.6(a), the United States Marshal is directed to arrest Beck and that any and all force to effect the arrest, up to and including forcible entry into a premise, may be utilized, and that this Order is in effect for every district within the United States, and the United States Marshal will hold Beck unless bail is posted in the amount of $10,000, conditioned on Beck's appearance before this Court on January 10, 20 18, at 3:00 p.m. and all further contempt proceedings in this action and further conditioned on Beck's agreement to hold himself amenable to any and all orders of the Court for surrender.

**SO ORDERED.**

Dated: December 19, 2017
        New York, New York

_____
UNITED STATES DISTRICT JUDGE