UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                      Applicant, :    17-MISC-0318 (AJN)
- against - :
:    ECF CASE
ANVIL PARTNERS, INC., :
:
                      Respondent. :
------------------------------------------------------------x

## STIPULATION AND ORDER

**WHEREAS**, on November 27, 2017, the Securities and Exchange Commission ("Commission") applied for an order, by order to show cause, holding Respondent Anvil Partners, Inc. ("Anvil") and Jeremy Beck ("Beck")—Anvil's majority owner, president, and chief investment officer—in civil contempt of the Court's Order dated September 21, 2017 (the "Subpoena Enforcement Order") (ECF Docket Entry No. 13);

**WHEREAS**, on December 19, 2017, the Court issued a Contempt Order (ECF Docket Entry No. 22) (i) finding Anvil and Beck in civil contempt of the Court's Subpoena Enforcement Order; (ii) ordering Anvil to pay $225.50 to the Commission by January 10, 2018, to reimburse the Commission for its costs in retaining a process server to serve Anvil with the Commission's contempt papers; (iii) ordering Beck to pay $157.85 to the Commission by January 10, 2018, to reimburse the Commission for its costs in retaining a process server to serve Beck with the Commission's contempt papers; (iv) ordering Anvil and Beck to *each* pay a fine of $250 per day until Anvil fully complies with the Subpoena Enforcement Order, as further described in Section IV of the Contempt Order, or is otherwise discharged pursuant to law; and (v) ordering the United States Marshal to arrest Beck under the conditions specified in the Section V of the Consent Order;

**WHEREAS**, on January 2, 2018, the United States Marshals arrested Beck and Magistrate Judge Jeremiah J. McCarthy of the United States District Court for the Western District of New York ordered Beck to be released upon entry of a $10,000 appearance bond signed by Beck and in

which Beck agreed "to follow every order" of that court and this Court and to appear in all further contempt proceedings in this action;

WHEREAS, this Court held a hearing on January 8, 2018, at 1:00 p.m., at which Anvil and Beck appeared through their counsel, Barclay Damon LLP;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AMONG THE UNDERSIGNED COUNSEL AND SO ORDERED:**

1. Anvil's and Beck's obligation to pay the Commission its process server costs, as set forth in Sections II and III of the Contempt Order, shall remain unchanged.

2. Anvil and Beck shall fully comply with the Subpoena Enforcement Order by January 29, 2018, by (a) producing all documents in Anvil's possession, custody, or control that are responsive to the Commission's investigative subpoena dated June 6, 2017 (ECF Docket Entry No. 4-2) and (b) if necessary to comply with the second paragraph of the Subpoena Enforcement Order, submitting the sworn statement described therein.

3. Anvil's and Beck's obligations, set forth in Section IV of the Contempt Order, to each pay a daily fine of $250 until Anvil fully complies with the Subpoena Enforcement Order or is otherwise discharged pursuant to law are hereby modified as follows: Anvil and Beck shall *each* pay to the Court a daily civil contempt fine of $250 starting on the date of December 20, 2017, and ending on the date of January 2, 2018 (inclusive of those dates), such that (a) Anvil shall pay the Court $3500, *and* (b) Beck shall pay the Court $3500. Anvil and Beck shall each satisfy its or his respective obligations—which are not imposed on a joint-and-several basis—by each paying the Court $350 per month every month for ten months on the 28th day of each such month, starting on January 28, 2018, and ending on October 28, 2018. Anvil and Beck shall each pay its or his required monthly amounts by sending a certified check or money order, made payable to the "Clerk of Court, S.D.N.Y.," reflecting the payor's name and this action's case number and reflecting that the payment is made pursuant to this Stipulation and Order.

4. On or by February 8, 2018, the Commission shall file a letter with the Court to provide a status update, including whether Anvil and Beck have satisfied their obligations under

both this Stipulation and Order and the Contempt Order, for the Court's consideration in deciding whether and when to release Beck from his appearance bond, dated January 2, 2018, entered in *United States v. Jeremy Beck*, Case No. 1:18-mr-00004-JJM (W.D.N.Y.).

STIPULATED AND AGREED:

Dated:   New York, New York
         January 11, 2018
                                    _____
                                    Preethi Krishnamurthy
                                    Sheldon Mui
                                    SECURITIES AND EXCHANGE COMMISSION
                                    New York Regional Office
                                    Brookfield Place
                                    200 Vesey Street, Suite 400
                                    New York, New York 10281
                                    *Counsel to Applicant*
                                    *Securities and Exchange Commission*


Dated:   New York, New York
         January 11, 2018
                                    _____
                                    Gregory Zini
                                    James P. Milbrand
                                    BARCLAY DAMON LLP
                                    The Avant Building
                                    200 Delaware Avenue
                                    Suite 1200
                                    Buffalo, NY 14202
                                    *Counsel to Respondent Anvil Partners, Inc. and to Jeremy Beck*


SO ORDERED.


Dated: _____, 2018
       New York, New York

                                    _____
                                    HON. ALISON J. NATHAN

3

both this Stipulation and Order and the Contempt Order, for the Court's consideration in deciding whether and when to release Beck from his appearance bond, dated January 2, 2018, entered in *United States v. Jeremy Beck*, Case No. 1:18-mr-00004-JJM (W.D.N.Y.).

**STIPULATED AND AGREED:**

Dated:  New York, New York
         January 11, 2018

Preethi Krishnamurthy
Sheldon Mui
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281
*Counsel to Applicant*
*Securities and Exchange Commission*

Dated:  New York, New York
         January 11, 2018

Gregory Zini
James P. Milbrand
BARCLAY DAMON LLP
The Avant Building
200 Delaware Avenue
Suite 1200
Buffalo, NY 14202
*Counsel to Respondent Anvil Partners, Inc. and to Jeremy Beck*

**SO ORDERED.**

Dated: Jan 16, 2018
       New York, New York

HON. ALISON J. NATHAN

3