

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

PREETHI KRISHNAMURTHY
(212) 336-0116
krishnamurthyp@sec.gov

April 18, 2018

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

      Re:      *SEC v. Anvil Partners, Inc.*, No. 17-MISC-0318 (AJN)

Dear Judge Nathan:

Pursuant to the Court's Order dated April 11, 2018, Applicant Securities and Exchange Commission respectfully provides this status report.

The January 16, 2018 Stipulation and Order imposed three obligations on Respondent Anvil Partners, Inc. ("Anvil") and Jeremy Beck ("Beck"): (1) to pay the Commission's process server costs, as set forth in the Contempt Order dated December 19, 2017; (2) to produce all responsive documents in Anvil's possession, custody, or control and, if necessary to comply with the Court's Order dated September 21, 2017, to submit to the Commission a sworn statement to that effect; and (3) to each pay the Court $350 per month—beginning on January 28, 2018, and continuing until October 28, 2018—to satisfy Anvil's and Beck's prior contempt fine obligation. As the Commission noted in its status letter dated February 22, 2018 (ECF Docket Entry No. 35), Anvil and Beck have complied with their first obligation to pay the Commission its process server costs and appear to have complied with their second obligation to produce all responsive documents.

With respect to the third obligation, Commission counsel spoke with the Clerk's Office on Monday, April 16, 2018, to determine whether Anvil and Beck had made any of the three monthly payments due thus far to the Clerk of Court. The Clerk's Office informed the Commission that neither Anvil nor Beck had made any of the required payments.

In any event, the Commission seeks no further action from the Court in this proceeding. Nor does the Commission object to the Court's returning the $10,000 bail amount. The Court may wish to keep this case open given Respondents' failure to pay the monthly required contempt fines to the Court to date, but the Commission does not object if the Court nevertheless seeks to close the case.

                                                Respectfully submitted,

                                              /s/ Preethi Krishnamurthy
                                              Preethi Krishnamurthy

cc:      Gregory Zini, Esq. (by email and ECF)
          (Counsel for Anvil and Beck)