UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

        Applicant,

–against–

Anvil Partners, Inc.,

        Respondent.

17-MISC-0318 (AJN)

ORDER

    An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of ten thousand dollars ($10,000) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the Court's December 19, 2017 contempt order; and

    WHEREAS the Securities and Exchange Commission has represented that it will not seek further proceedings before this Court for which the defendant's presence is required; and

    WHEREAS the SEC has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner; and

    WHEREAS the SEC is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner;

    NOW, THEREFORE, IT IS HEREBY ORDERED that the Clerk of the Court pay out to **Heather Chick** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

    The Clerk of Court is further directed to close this case.

    SO ORDERED.

1

Dated: April 19, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge